IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                                 **PLAINTIFF**

**VERSUS**                            **CIVIL ACTION NO: 1:13CV251 LG JMR**

**AARON F. BROUSSARD, DANIEL ABEL,**                   **DEFENDANTS**
**CHARLES LEARY, VAUGHN PERRET,**
**CHRIS YOUNT, TROUT POINT LODGE**
**LIMITED, NOVA SCOTIA ENTERPRISES, LLC**

### MOTION FOR TIME OF DEFENDANTS, CHARLES LEARY, VAUGHN PERRET, AND TROUT POINT LODGE, LIMITED TO FILE BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

COME NOW Defendants CHARLES LEARY, VAUGHN PERRET, AND TROUT POINT LODGE, LIMITED and file this their motion for additional time to file their brief in support of their previously filed Motion to Dismiss; and in support would show they need until July 17, 2013 to file that brief.

RESPECTFULLY SUBMITTED this the 12th day of June, 2013.

                                        CHARLES LEARY, VAUGHN PERRET,
                                        AND TROUT POINT LODGE, LIMITED,

                            By:    s/ Henry Laird
                                        Henry Laird, MS Bar No. 1774

{GP015784.1}
2673802.1/15433.26273

## CERTIFICATE OF SERVICE

I, Henry Laird, of the law firm of Jones Walker LLP do hereby certify that I have sent a true and correct copy of the foregoing Motion for Time to File Brief in Support of Motion to Dismiss by using the ECF system to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi  39520
VIA UNITED STATES MAIL AND EMAIL:  earning04@gmail.com

This the 12th day of June, 2013.

                                                S/  Henry Laird
                                                Henry Laird

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
JONES WALKER LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516