Case 1:13-cv-00251-LG-JMR   Document 6   Filed 06/17/13   Page 1 of 3



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                                                PLAINTIFF

VERSUS                                          CIVIL ACTION NO: 1:13CV251 LG JMR

AARON F. BROUSSARD, DANIEL ABEL,                                    DEFENDANTS
CHARLES LEARY, VAUGHN PERRET,
CHRIS YOUNT, TROUT POINT LODGE
LIMITED, NOVA SCOTIA ENTERPRISES, LLC

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF PLAINTIFF DOUGLAS HANDSHOE'S FAILURE TO ACCEPT AND/OR PICK-UP OR RECEIVE CERTIFIED MAIL RELATIVE TO LEGAL PROCEEDINGS

May It Please the Court:

As defendants are required to copy the Plaintiff Douglas K. Handshoe with all pleadings filed, in anticipation of Handshoe's telling yet another Court, "I did not get ... so-and-so's motion or opposition, or whatever," <u>please let this serve as formal notice</u> that I have sent copies of all motions and notices of removal filed to Mr. Handshoe this week.

The first pleadings having been sent to him and memorialized by the United States Postal Service by hand-delivery to his home at 214 Corinth Drive, Bay St. Louis, Mississippi, 39502 [*See*: Exhibit A - USPS Tracking Record regarding first pleading sent to Handshoe and delivered to his home on Wednesday past, 12 June 2013]. Handshoe has played "I didn't get it" games that have been memorialized by other courts in other matters, copies of which shall be provided to this Honorable Court if necessary. I shall notice the court if this conduct continues.

Respectfully submitted,

DANIEL ABEL

By: _Daniel G. Abel_  LSB # 8348

**ORIGINAL**

## CERTIFICATE OF SERVICE

I, certify that I have sent a true and correct copy of the foregoing Notice to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi  39520

VIA UNITED STATES MAIL

This the 14th day of June, 2013.

*Daniel G. Abel*
Daniel G. Abel LSB No. 8348

Submitted by:

*Daniel G. Abel*
Daniel G. Abel, Pro Se

Email: danielpatrickegan@gmail.com

2421 Clearview Parkway
Legal Department - Suite 106
Metairie, LA 70001
Telephone: 504.284.8521
Facsimile: 888.577.8815

Exhibit A - Attached Hereto

{GP015786.1}2
2673802.1/15433.26273

