

Search USPS.com or Track Packages

Quick Tools       Ship a Package     Send Mail     Manage Your Mail     Shop     Business Solutions

# Track & Confirm

GET EMAIL UPDATES     PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70130600000108160283 | First-Class Mail® | Notice Left | June 12, 2013, 9:35 am | BAY SAINT LOUIS, MS 39520 | Expected Delivery By: June 12, 2013 Certified Mail™ Return Receipt |
| | | Depart USPS Sort Facility | June 12, 2013 | MOBILE, AL 36602 | |
| | | Processed through USPS Sort Facility | June 11, 2013, 4:40 pm | MOBILE, AL 36602 | |
| | | Depart USPS Sort Facility | June 11, 2013 | MOBILE, AL 36675 | |
| | | Processed through USPS Sort Facility | June 11, 2013, 11:40 am | MOBILE, AL 36675 | |
| | | Depart USPS Sort Facility | June 11, 2013 | NEW ORLEANS, LA 70113 | |
| | | Processed at USPS Origin Sort Facility | June 10, 2013, 10:13 pm | NEW ORLEANS, LA 70113 | |
| | | Dispatched to Sort Facility | June 10, 2013, 6:36 pm | NEW ORLEANS, LA 70113 | |
| | | Acceptance | June 10, 2013, 1:01 pm | NEW ORLEANS, LA 70113 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

Exhibit __A__
Page __1__ of __2__

============================ ==================
NEW ORLEANS M. P. O.
NEW ORLEANS, Louisiana
701139998
2165690046-0094
06/10/2013 (800)275-8777 01:02:25 PM
7013 0600 0001 0816 0283



Paid by:
Debit Card                              $9.56
   Account #:       XXXXXXXXXXXXX1338
   Approval #:      067423
   Transaction #:   683
   23903270163
   Receipt#:        005125

@@ For tracking or inquiries go to
USPS.com or call 1-800-222-1811.

In a hurry? Self-service kiosks
offer quick and easy check-out. Any
Retail Associate can show you how.

Order stamps at usps.com/shop or
call 1-800-Stamp24. Go to