

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                           **PLAINTIFF**

**VERSUS**                           **CIVIL ACTION NO: 1:13CV251 LG JMR**

**AARON F. BROUSSARD, DANIEL ABEL,**              **DEFENDANTS**
**CHARLES LEARY, VAUGHN PERRET,**
**CHRIS YOUNT, TROUT POINT LODGE**
**LIMITED, NOVA SCOTIA ENTERPRISES, LLC**

## JOINDER IN REMOVAL OF DEFENDANT DANIEL ABEL

COMES NOW Defendant DANIEL ABEL and files this his joinder in the Removal noticed by CHARLES LEARY, VAUGHN PERRET, and TROUT POINT LODGE, LIMITED.

RESPECTFULLY SUBMITTED this the 14 day of June, 2013.

                                                       DANIEL ABEL

                            By: _____
                                  Daniel G. Abel


ORIGINAL

## CERTIFICATE OF SERVICE

I, certify that I have sent a true and correct copy of the foregoing Joinder in Removal by using the ECF system to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi 39520

VIA UNITED STATES MAIL AND EMAIL:
earning04@gmail.com

This the 14th day of June, 2013.

*Daniel Abel*
Daniel G. Abel LSB No. 8348

Submitted by:

*Daniel Abel*
Daniel G. Abel, Pro Se

Email: danielpatrickegan@gmail.com

2421 Clearview Parkway
Legal Department - Suite 106
Metairie, LA 70001
Telephone: 504.284.8521
Facsimile: 888.577.8815

{GP015786.1}2
2673802.1/15433.26273

