IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



**DOUGLAS HANDSHOE**                                         **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO: 1:13CV251 LG JMR**

**AARON F. BROUSSARD, DANIEL ABEL,**                         **DEFENDANTS**
**CHARLES LEARY, VAUGHN PERRET,**
**CHRIS YOUNT, TROUT POINT LODGE**
**LIMITED, NOVA SCOTIA ENTERPRISES, LLC**

---

### JOINDER IN REMOVAL OF DEFENDANT CHRIS YOUNT

---

COMES NOW Defendant CHRIS YOUNT and files this his joinder in the Removal noticed by CHARLES LEARY, VAUGHN PERRET, and TROUT POINT LODGE, LIMITED.

RESPECTFULLY SUBMITTED this the 14 day of June, 2013.

                                        CHRIS YOUNT

                                        By: _____
                                            (Signature)
                                            Chris Yount
                                            (Name)

{GP015787.1}
2673802.1/15433.26273

## CERTIFICATE OF SERVICE

I, Chris Yount, certify that I have sent a true and correct copy of the foregoing Joinder in Removal by using the ECF system to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi 39520
VIA UNITED STATES MAIL AND EMAIL: earning04@gmail.com

This the 14th day of June, 2013.

_____
(Signature)
Chris Yount
(Name)

Submitted by:

Chris Yount
(Name)
Email: ceyount@gmail.com
(ADDRESS)
160 Metairie Lawn Dr.
Metairie LA 70001

Telephone: (504) 236.7878
Facsimile: _____

ABEL
2421 CLEARVIEW PKWY
METAIRIE, LA 70001

Mississippi Southern
DAN M. RUSSELL (COURTHOUSE)
2012 15TH STREET U.S. MARSHAL
GULFPORT, MS
39501

SCREENED BY CLERK
U.S. MARSHAL

RECEIVED
JUN 17 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

U.S. POSTAGE
FOREVER