IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| **DOUGLAS HANDSHOE** | **PLAINTIFF** |
| VERSUS | CIVIL ACTION NO: 1:13CV251 LG JMR |
| **AARON F. BROUSSARD, DANIEL ABEL, CHARLES LEARY, VAUGHN PERRET, CHRIS YOUNT, TROUT POINT LODGE LIMITED, NOVA SCOTIA ENTERPRISES, LLC** | **DEFENDANTS** |

## MOTION TO DISMISS
## DEFENDANT DANIEL G. ABEL

COMES NOW Defendant Daniel G. Abel, appearing pro se who moves the Honorable Court to dismiss the complaint removed hereto under FRCP Rule 12, filed by complainant Douglas K. Handshoe against him. The state court where Handshoe originally filed suit lacks subject matter jurisdiction, lacks personal jurisdiction, cannot be vested with venue. Plaintiff Handshoe has no right of action and fails to state a claim upon which relief can be granted.

Defendant Daniel G. Abel moves this Honorable Court to dismiss the Complaint with prejudice and reserves his right to request costs, fees, and sanctions as are available under Mississippi law and Rule 11 of the Federal and Local rules of this United States District Court.

RESPECTFULLY SUBMITTED,

s/ Daniel G. Abel
LSB No. 8348

**ORIGINAL**

## CERTIFICATE OF SERVICE

On 13 June 2013, I served a true copy of the Motion to Dismiss to:

Douglas K. Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi  39520
VIA UNITED STATES MAIL AND EMAIL:
earning04@gmail.com

*DANIEL G. ABEL*
s/ Daniel G. Abel

Daniel G. Abel
2421 Clearview Parkway
Legal Department – Suite 106
Metairie, LA 70001
Telephone: (504) 208.9610
Facsimile: (888) 577.8815
Email: danielpatrickegan@gmail.com



ReadyPost. Utility Mailer

TO: David C. Abel
2421 Clearview Pkwy
Suite 106
Metairie, LA 70001

RECEIVED
JUN 17 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.



7012 1010 0000 4095 4101
CERTIFIED MAIL

SCREENED BY U.S. MARSHAL



U.S. POSTAGE
METAIRIE, LA 70002
JUN 13 '13
AMOUNT
$5.82
00017350-08



TO: U.S. District Court - Clerk
Dan M. Russell, Jr. Courthouse
2012 15th Street - Suite 403
Gulfport, MS. 39501