

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

DOUGLAS HANDSHOE                                               PLAINTIFF

VERSUS                                  CIVIL ACTION NO: 1:13CV251 LG JMR

AARON F. BROUSSARD, DANIEL ABEL,                    DEFENDANTS
CHARLES LEARY, VAUGHN PERRET,
CHRIS YOUNT, TROUT POINT LODGE
LIMITED, NOVA SCOTIA ENTERPRISES, LLC

---

### MOTION FOR EXTENSION OF TIME
### TO BRIEF MOTION TO DISMISS
### DEFENDANT DANIEL G. ABEL

---

COMES NOW Defendant Daniel G. Abel, appearing pro se has moved the Honorable Court to dismiss the complaint removed hereto under FRCP Rule 12, filed by complainant Douglas K. Handshoe against him. Although the state court lacks jurisdiction and is otherwise barred by certain exceptions and affirmative defenses, Abel now requests an extension of time within which to brief the motion to dismiss which he has already filed. Abel seeks leave to file his memorandum in support of his motion to dismiss, on or before the 20th day of July 2013.

The state court where Handshoe originally filed suit lacks subject matter jurisdiction, lacks personal jurisdiction, cannot be vested with venue. Plaintiff Handshoe has no right of action and fails to state a claim upon which relief can be granted.

Defendant Daniel G. Abel again moves this Honorable Court to dismiss the Complaint with prejudice and reserves his right to request costs, fees, and sanctions as are available under Mississippi law and Rule 11 of the Federal and Local rules of this United States District Court.



RESPECTFULLY SUBMITTED,

*DANIEL ABEL*
s/ Daniel G. Abel
LSB No. 8348


## CERTIFICATE OF SERVICE

On 13 June 2013, I served a true copy of the Motion to Dismiss to:

Douglas K. Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi  39520
VIA UNITED STATES MAIL AND EMAIL:
earning04@gmail.com

*DANIEL G. ABEL*
s/ Daniel G. Abel


Daniel G. Abel
2421 Clearview Parkway
Legal Department – Suite 106
Metairie, LA 70001
Telephone: (504) 208.9610
Facsimile: (888) 577.8815
Email: danielpatrickegan@gmail.com







**ReadyPost Utility Mailer**

To: DONALD C. ABEL
2421 CLEARVIEW PKWY
SUITE 106
METAIRIE, LA 70001

RECEIVED JUN 17 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

7012 1010 0000 4095 4101
CERTIFIED MAIL

SCREENED BY U.S. MARSHAL

To: U.S. DISTRICT COURT - CLERK
DAN M. RUSSELL, JR. COURTHOUSE
2012 15TH STREET - SUITE 403
GULFPORT, MS. 39501

U.S. POSTAGE
METAIRIE, LA 70002
JUN 13, '13
AMOUNT $5.82
00017295-08