IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUN 24 2013
J T NOBLIN CLERK
BY_____ DEPUTY

DOUGLAS HANDSHOE                                                PLAINTIFF

VERSUS                         CIVIL ACTION NO: 1:13CV251 LG JMR

AARON F. BROUSSARD, DANIEL ABEL,                    DEFENDANTS
CHARLES LEARY, VAUGHN PERRET,
CHRIS YOUNT, TROUT POINT LODGE
LIMITED, NOVA SCOTIA ENTERPRISES, LLC

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOTICE & EVIDENCE OF PLAINTIFF DOUGLAS HANDSHOE'S
REFUSAL TO ACCEPT USPS CERTIFIED MAIL

May It Please the Court:

On 14 June 2013, undersigned informed the Court of plaintiff's usual game-playing and refusal to pick up mail related to these or any legal matters.

Attached hereto a copy of a second set of legal documents that have been refused and returned to me, as being refused, by the USPS service. Attached also is the tracking verification that Handshoe refuses to accept such federal postal service of legal documents are required under both federal and state law [Exhibits A,B, and C - Postal Envelope With Certified Mail Certificate & Reusal Noting on 15 June 2013, hand-written and scanned, tracking printouts].

Pro se defendant reserves the right to ask the Court to issue an order waiving service on Handshoe for the filing of any future pleadings or an order otherwise facilitating service and preventing Handshoe's intentional refusal to comply with federal rules of civil procedure, obstructing the legal processes of these Courts, and mail fraud arising from such obstruction.

Respectfully submitted,

DANIEL ABEL

By: _DANIEL G. ABEL,_____
Daniel G. Abel

ORIGINAL

## CERTIFICATE OF SERVICE

I, certify that I have sent a true and correct copy of the foregoing Notice to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi  39520

VIA UNITED STATES MAIL

This the 21st day of June, 2013.

*Daniel Abel*
Daniel G. Abel LSB No. 8348

Submitted by:

*Daniel Abel*
Daniel G. Abel, Pro Se

Email: danielpatrickegan@gmail.com

2421 Clearview Parkway
Legal Department - Suite 106
Metairie, LA 70001
Telephone: 504.284.8521
Facsimile: 888.577.8815

Exhibit A - Attached Hereto

To -

United States District Court
Dan M. Russell, Jr., United States Courthouse
2012 15th Street, Suite 403
Gulfport, MS 39501

Daniel G. Abel
2421 Clearview Pkwy.
Legal Dept-Suite 106
Metairie, LA 70001



RECEIVED
JUN 24 2013
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.

U.S. District Court - Clerk
Dan M. Russell, Jr. Courthouse
2012 15th Street, Suite 403
Gulfport, MS. 39501