Case 1:13-cv-00251-LG-JMR Document 11-1 Filed 06/24/13 Page 1 of 1



Exhibit A
Page 1 of 1