English    Customer Service    USPS Mobile                                    Register / Sign In



Search USPS.com or Track Packages

Quick Tools    Ship a Package    Send Mail    Manage Your Mail    Shop    Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70121010000040954118 | First-Class Mail® | Depart USPS Sort Facility | June 21, 2013 | NEW ORLEANS, LA 70113 | **Expected Delivery By:** June 15, 2013 Certified Mail™ |
| | | Arrival at Unit | June 21, 2013, 4:23 am | METAIRIE, LA 70001 | |
| | | Processed at USPS Origin Sort Facility | June 20, 2013, 8:56 pm | NEW ORLEANS, LA 70113 | |
| | | Refused | June 18, 2013, 10:46 am | BAY SAINT LOUIS, MS 39520 | |
| | | Refused | June 15, 2013, 3:46 pm | BAY SAINT LOUIS, MS 39520 | |
| | | Refused | June 15, 2013, 9:41 am | BAY SAINT LOUIS, MS 39520 | |
| | | Depart USPS Sort Facility | June 15, 2013 | GULFPORT, MS 39503 | |
| | | Processed through USPS Sort Facility | June 15, 2013, 1:10 am | GULFPORT, MS 39503 | |
| | | Dispatched to Sort Facility | June 13, 2013, 5:27 pm | METAIRIE, LA 70002 | |
| | | Acceptance | June 13, 2013, 4:18 pm | METAIRIE, LA 70002 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

Exhibit **B**
Page **1** of **1**