English        Customer Service        USPS Mobile                                        Register / Sign In



Search USPS.com or Track Packages

Quick Tools        Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES    PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70130600000100100263 | First-Class Mail® | Available for Pickup | June 19, 2013, 9:36 am | BAY SAINT LOUIS, MS 39520 | Expected Delivery By: June 12, 2013 Certified Mail™ Return Receipt |
| | | Notice Left | June 12, 2013, 9:35 am | BAY SAINT LOUIS, MS 39520 | |
| | | Depart USPS Sort Facility | June 12, 2013 | MOBILE, AL 36602 | |
| | | Processed through USPS Sort Facility | June 11, 2013, 4:40 pm | MOBILE, AL 36602 | |
| | | Depart USPS Sort Facility | June 11, 2013 | MOBILE, AL 36675 | |
| | | Processed through USPS Sort Facility | June 11, 2013, 11:40 am | MOBILE, AL 36675 | |
| | | Depart USPS Sort Facility | June 11, 2013 | NEW ORLEANS, LA 70113 | |
| | | Processed at USPS Origin Sort Facility | June 10, 2013, 10:13 pm | NEW ORLEANS, LA 70113 | |
| | | Dispatched to Sort Facility | June 10, 2013, 6:36 pm | NEW ORLEANS, LA 70113 | |
| | | Acceptance | June 10, 2013, 1:01 pm | NEW ORLEANS, LA 70113 | |

## Check on Another Item

What's your label (or receipt) number?

Find

**LEGAL**
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

**ON USPS.COM**
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Delivering Solutions to the Last Mile ›
Site Index ›

**ON ABOUT.USPS.COM**
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

**OTHER USPS SITES**
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2013 USPS. All Rights Reserved.

Exhibit ___C___
Page ___1___ of ___1___