IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| DOUGLAS HANDSHOE | PLAINTIFF |
| VERSUS | CIVIL ACTION NO: 1:13CV251 LG JMR |
| AARON F. BROUSSARD, DANIEL ABEL, CHARLES LEARY, VAUGHN PERRET, CHRIS YOUNT, TROUT POINT LODGE LIMITED, NOVA SCOTIA ENTERPRISES, LLC | DEFENDANTS |

## JOINDER IN REMOVAL OF DEFENDANT NOVA SCOTIA ENTERPRISES, LLC

COMES NOW Defendant NOVA SCOTIA ENTERPRISES, LLC and files this his joinder in the Removal noticed by CHARLES LEARY, VAUGHN PERRET, and TROUT POINT LODGE, LIMITED.

RESPECTFULLY SUBMITTED this the 19 day of June, 2013.

NOVA SCOTIA ENTERPRISES, LLC

By: _____
(Signature)

BONACI J. VEGA
(Name)

{GP015788.1}
2673802.1/15433.26273

## CERTIFICATE OF SERVICE

I, RONALD J. VEGA, do hereby certify that I have sent a true and correct copy of the foregoing Joinder in Removal by via U.S. Mail to:

>Douglas Handshoe
>214 Corinth Drive
>Bay St. Louis, Mississippi 39520
>VIA UNITED STATES MAIL

This the 19 day of June, 2013.

_____
RONALD J. VEGA

RONALD J. VEGA
3329 Florida Ave.
Kenner, LA 70065
Telephone: (504) 469-6699
Facsimile: (504) 8467-1866

{GP015789.1}
2673802.1/15433.26273