IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



| | |
|---|---|
| **DOUGLAS HANDSHOE** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO: 1:13CV251 LG JMR** |
| **AARON F. BROUSSARD, DANIEL ABEL, CHARLES LEARY, VAUGHN PERRET, CHRIS YOUNT, TROUT POINT LODGE LIMITED, NOVA SCOTIA ENTERPRISES, LLC** | **DEFENDANTS** |

## MOTION FOR TIME OF DEFENDANT, NOVA SCOTIA ENTERPRISES, LLC

COME NOW Defendant NOVA SCOTIA ENTERPRISES, LLC and files this their motion for time in which to plead, answer, or otherwise the Complaint filed against them; and in support would show their answer to the Complaint is due on or about June 27, 2013, and defendant needs an additional twenty (20) days' time until July 17, 2013 to answer or otherwise prepare defenses to the Complaint.

RESPECTFULLY SUBMITTED this the 19 day of June, 2013.

NOVA SCOTIA ENTERPRISES, LLC

By: _____
RONALD J. VEGA

## CERTIFICATE OF SERVICE

I, RONALD J. VEGA, do hereby certify that I have sent a true and correct copy of the foregoing Motion for Time by via U.S. Mail to:

> Douglas Handshoe
> 214 Corinth Drive
> Bay St. Louis, Mississippi 39520
> VIA UNITED STATES MAIL

This the _19_ day of June, 2013.

_____
RONALD J. VEGA

RONALD J. VEGA
3329 Florida Ave.
Kenner, LA 70065
Telephone: (504) 469-6699
Facsimile: (504) 467-1866