

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **DOUGLAS HANDSHOE** | **PLAINTIFF** |
| **VERSUS** | **CIVIL ACTION NO: 1:13CV251 LG JMR** |
| **AARON F. BROUSSARD, DANIEL ABEL, CHARLES LEARY, VAUGHN PERRET, CHRIS YOUNT, TROUT POINT LODGE LIMITED, NOVA SCOTIA ENTERPRISES, LLC** | **DEFENDANTS** |

### MOTION FOR TIME OF DEFENDANT, NOVA SCOTIA ENTERPRISES, LLC, LIMITED TO FILE BRIEF IN SUPPORT OF THEIR MOTION TO DISMISS

COME NOW Defendant NOVA SCOTIA ENTERPRISES, LLC and file this their motion for additional time to file their brief in support of their previously filed Motion to Dismiss; and in support would show they need until July 17, 2013 to file that brief.

RESPECTFULLY SUBMITTED this the _17_ day of June, 2013.

NOVA SCOTIA ENTERPRISES, LLC

By: _____
RONALD J. VEGA

{GP015784.1}
2673802.1/15433.26273

## CERTIFICATE OF SERVICE

I, RONALD J. VEGA, do hereby certify that I have sent a true and correct copy of the foregoing Motion for Time to File Brief in Support of Motion to Dismiss by via U.S. Mail to:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi 39520
VIA UNITED STATES MAIL

This the 19 day of June, 2013.

_____
RONALD J. VEGA

RONALD J. VEGA
3329 Florida Ave.
Telephone: (504) 469-6699
Facsimile: (504) 467-1866