**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Jackson, Mississippi

June 24, 2013

J.T. Noblin
CLERK
P. O. Box 23552 - Zip 39225-3552
501 E. Court Street, Suite 2.500
Jackson, MS 39201

TELEPHONE
(601) 608-4000

*DIVISIONS*
SOUTHERN at Gulfport
2012 15th Street, Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON at Jackson
P. O. Box 23552 - Zip 39225-3552
501 E. Court Street, Suite 2.500
Zip 39201

EASTERN & WESTERN at Jackson
P. O. Box 23552 - Zip 39225-3552
501 E. Court Street, suite 2.500
Zip 39201

Ronald J. Vega, Esq.
D'Aquila, Mullins & Contreras, PLC
3329 Florida Avenue
Kenner, LA   70065

RE:  Attorney Admissions

Douglas Handshoe vs. Aaron F. Broussard, et al.
Civil Action No. 1:13cv251-LG-JMR

Dear Attorney Vega:

Our records indicate that you are attorney of record for the above mentioned case. However, we have no record of your admission to the United States District Court for the Southern District of Mississippi in this particular case. Please see the Court's web site at *www.mssd.uscourts.gov* to access the Local Rules for Attorneys: Admission and Conduct, effective December 1, 2011, for the United States District Courts for the Northern and Southern Districts of Mississippi. Local Rule 83.1(a) provides the regulations for a general admission to practice in this court, assuming you are a member of the Mississippi Bar.

Local Rule 83.1(d) (1)-(9) provides the regulations for a non-resident attorney to obtain a *pro hac vice* admission to practice in this court. To apply for admission by *pro hac vice* in a particular case, you would need to file an application (Form 6--found at the end of the Local Rules, effective December 1, 2011), along with the appropriate documentation regarding your qualifications to practice in this court for this particular case. It is a requirement for *PHV* admission that you associate an attorney in the case, who is a member of the bar of this court, in the above mentioned case. The original of your motion and proper documentation would be filed with the clerk's office, along with the admission fee of $100.00. Please indicate on your check, PHV Fee and the case number for which you are applying for admission. You will need to forward a proposed order to the magistrate judge handling the case. Any documents which you would need to file in this particular case may be filed by your local counsel while awaiting your admission process to be completed.

    The Uniform Local Rules of the United States District Courts for the Northern and Southern Districts of Mississippi and other relevant information, such as telephone numbers for district judges and magistrates, may be accessed from the court's internet web site *www.mssd.uscouts.gov.*

    If we can provide additional information in this regard, please let us know.

                                    Yours very truly,

                                    *K. Alexander*

                                    Katherine Alexander
                                    Deputy Clerk

cc: Jennifer Hough, Deputy Clerk