IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

DOUGLAS HANDSHOE                                                                           PLAINTIFF

vs.                                           CIVIL ACTION NO. 1:13cv00251-LG-JMR

AARON F. BROUSSARD, ET AL                                 DEFENDANTS

ORDER STAYING PROCEEDINGS

This cause comes before the court *sua sponte* regarding the Motions to Dismiss for lack of jurisdiction of defendants Charles Leary, Vaughn Perret, Trout Point Lodge Limited [4]; Daniel G. Abel [9]; and Nova Scotia Enterprises, LLC's [14] in the above-styled cause. Rule 16(b)(3)(B) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi (L.U.Civ.R, effective 12/1/2011 provides:

> Filing a motion to compel arbitration, an immunity defense or a jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the Court's ruling on the motion, including any appeal.

Proceedings in this are therefore stayed pursuant to the Local Rules, including any currently scheduled case management conference.

All matters related to the Motion to Dismiss, dispositive and nondispositive, shall be submitted to the District Judge assigned to this case unless otherwise directed by the referral of specific discovery issues to the Magistrate Judge for resolution or recommendation.

The plaintiff shall promptly notify the Magistrate Judge of the entry of any order denying the Motion to Dismiss and shall submit a proposed order lifting the stay. Within fourteen(14)days of entry of the order lifting the stay, the parties shall confer as outlined in

L.U.Civ.R 26(e)and comply with the required deadlines. See L.U.Civ.R. 16(b)(1)C). A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay.

ORDERED, this the 28th of June, 2013.

*s/John M. Roper*
Chief United States Magistrate Judge