IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

DOUGLAS HANDSHOE )
)
)
v. )   Civil Action No.1:13cv251-LG-JMR
)
AARON F. BROUSSARD, DANIEL ABEL )
CHARLES LEARY, VAUGHN PERRET )
CHRIS YOUNT, TROUT POINT LODGE )
LIMITED, NOVA SCOTIA ENTERPRISES )

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Douglas Handshoe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. Complaint was served upon defendant Aaron F. Broussard on May 30, 2013, no response has been served within the time allowed by law nor has defendant sought additional time within which to respond, and Default has entered against the defendant, Aaron F. Broussard.

3. The claim of the plaintiff is for the sum of $25,000, joint and several liability with the other defaulted defendant, plus interest from the date of judgment as provided by law, together with the costs of this action.

_____
Douglas Handshoe, Plaintiff

Sworn to and subscribed before
me this 11th day of July, 2013.

_____
Notary Public

My Commission Expires: 9/18/2016

*[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID# 91082, JENNIFER H. JUNG, Commission Expires 09/18/2016]*