IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| DOUGLAS HANDSHOE          ) | |
| ) | |
| v.                                        ) | Civil Action No.1:13cv251-LG-JMR |
| ) | |
| AARON F. BROUSSARD, DANIEL ABEL  ) | |
| CHARLES LEARY, VAUGHN PERRET       ) | |
| CHRIS YOUNT, TROUT POINT LODGE   ) | |
| LIMITED, NOVA SCOTIA ENTERPRISES ) | |

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Douglas Handshoe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. Complaint was served upon defendant Nova Scotia Enterprises LLC on May 29, 2013. On June 24, 2013, a Louisiana attorney closely connected to defendant Broussard, Ronald Vega[1][2], filed a Request for Extension of Time to Answer and Motion to Dismiss for defendant Nova Scotia Enterprises LLC despite not being admitted to practice law before the United States District Court for the Southern District of Mississippi.

3. As of this date, no response has been filed to the request of this honorable court's clerk for Pro Hack Vice admission dated June 24, 2013.

4. No response has served by defendant, via an Attorney with proper legal capacity or defendant in propria persona within the time allowed by law nor has defendant, via an Attorney with proper legal capacity or defendant in propria persona sought additional

---

[1] See *Aaron Broussard got bulk of private legal work, appointed by Jefferson Parish Judges* Published Sunday, February 14, 2010, Paul Purpura, Jefferson Parish 24th JDC Beat Reporter for the Times-Picayune. Attorney Vega, despite not practicing law in a firm formally associated with defendant Broussard, ended up doing several hundred curatorship cases under Broussard's name for a fee. This type of Broussard self-enrichment scheme based upon his official position as President of the Parish of Jefferson was typically accompanied by kickbacks. This article can be accessed free of charge at
http://www.nola.com/politics/index.ssf/2010/02/aaron_broussard_got_bulk_of_pr.html

[2] Attorney Vega's firm was also intimately involved with the management of Nova Scotia Enterprises LLC on behalf of Mr. Broussard per several documents obtained by plaintiff from defendants Leary, Perret and Trout Point Lodge's SLAPP suit against Louisiana Media Company LLC aka Fox 8 New Orleans, filed in Yarmouth Nova Scotia. One such specimen document can be obtained free of charge via Slabbed New Media at
http://www.slabbed.org/wp-content/uploads//2012/09/TPL-v-Fox-8-Roy-DAquila-affidavit.pdf

time within which to respond, and Default has entered against the defendant, Nova Scotia Enterprises.

5. The claim of the plaintiff is for the sum of $25,000, joint and several liability with the other defaulted defendant, plus interest from the date of judgment as provided by law, together with the costs of this action.

_____
Douglas Handshoe, Plaintiff

Sworn to and subscribed before
me this 11th day of July, 2013.

_____
Notary Public

My Commission Expires: 9/18/2016

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID# 91082, JENNIFER H. JUNG, Commission Expires 09/18/2016, HANCOCK COUNTY]