IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                      **PLAINTIFF**

**VERSUS**                               **CIVIL ACTION NO: 1:13CV251 LG JMR**

**AARON F. BROUSSARD, DANIEL ABEL,**            **DEFENDANTS**
**CHARLES LEARY, VAUGHN PERRET,**
**CHRIS YOUNT, TROUT POINT LODGE**
**LIMITED, NOVA SCOTIA ENTERPRISES, LLC**

---

### AFFIDAVIT OF CHARLES LEARY AND VAUGHAN PERRET

---

**NOVA SCOTIA**

**COUNTY OF YARMOUTH**

PERSONALLY APPEARED BEFORE ME the authority for the County and State aforesaid the within named Charles Leary and Vaughan Perret who say under oath the following things:

1. Neither Charles Leary ("Leary"), Vaughan Perret ("Perret") nor Trout Point Lodge Limited ("Trout Point") has business or economic contacts with Mississippi.

2. Neither Leary, Perret nor Trout Point has ever had business or economic contacts with Mississippi.

**APPENDIX 1**

{GP016594.1}
2673802.1/15433.26273

3. We have not transacted any business in the United States since 2005, which was the sale of co-owned real property.

4. Trout Point has never transacted any business in the United States.

4. Trout Point's only contact with Mississippi was enrolling a $427,000.00 judgment obtained in Nova Scotia, Canada against Douglas Handshoe in Hancock County, Mississippi Circuit Court. Afterwards, Trout Point and we attempted to enforce our Nova Scotia Canada defamation judgment against Douglas Handshoe in *Trout Point Lodge, Limited, A Nova Scotia Limited Company; Vaughn Perret and Charles Leary v. Doug K. Handshoe*, Civil Action No: 1:12cv00090 LG-JMR which was removed by Douglas Handshoe on March 26, 2012 to the United States District Court for the Southern District of Mississippi, Southern Division from the Hancock County Circuit Court.

5. Trout Point and we do not own real property in the United States.

6. We have not lived in the United States since 2003.

7. We are legal permanent residents of Nova Scotia, Canada.

8. Trout Point is a Canadian corporation with its principal place of business in Nova Scotia, Canada. There are no Mississippi shareholders.

9. We have not visited or travelled the United States since 2010. We have not been in Mississippi since around 1995 when we attended a meeting of an amateur scientific society.

10. Neither Trout Point nor we advertise for business in Mississippi.

11. Neither Trout Point nor we have purchased advertisements in any media calculated to reach Mississippi.

12. Neither Trout Point nor we ship or sell any products to or in Mississippi.

13. Neither Trout Point nor we have any agent to receive process in Mississippi.

14. Trout Point and we were served by a process server in Nova Scotia, Canada with the Summons and Complaint on June 4, 2013.

FURTHER THESE AFFIANTS sayeth not.

_____
CHARLES LEARY

SWORN TO AND SUBSCRIBED before me this the 15 day of July, 2013.

_____
NANCY TYNDALL-BULLERWELL
Commissioner of The Supreme
Court of Nova Scotia

My Commission Expires:

N/A

_____
VAUGHAN PERRET

SWORN TO AND SUBSCRIBED before me this the _15_ day of July, 2013.

_____

My Commission Expires:

_N/A_

NANCY TYNDALL-BULLEWELL
Commissioner of The Supreme
Court of Nova Scotia