IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                                     **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO: 1:13CV251 LG JMR**

**AARON F. BROUSSARD, DANIEL ABEL,**                     **DEFENDANTS**
**CHARLES LEARY, VAUGHN PERRET,**
**CHRIS YOUNT, TROUT POINT LODGE**
**LIMITED, NOVA SCOTIA ENTERPRISES, LLC**

### AFFIDAVIT OF RONALD J. VEGA

STATE OF LOUISIANA

PARISH OF JEFFERSON

      PERSONALLY APPEARED BEFORE ME the undersigned Notary Public in the Parish of Jefferson, State of Louisiana, Ronald J. Vega, who stated under oath the following:

1. That he is the attorney handling the estate of Roy M. D'Aquila who died January 29, 2012.

2. That Nova Scotia Enterprises, LLC was a Louisiana Limited Liability Company, with a domiciled address of 3329 Florida Avenue, Kenner, Louisiana 70065 and a mailing address care of Roy M. D'Aquila 3329 Florida Avenue, Kenner, Louisiana 70065 as shown from the print out from the Louisiana Secretary of State's web page in connection with Nova Scotia Enterprises, LLC. A copy of said print out is attached to this Affidavit.



1

3. The attached report also shows that Roy M. D'Aquila was the Registered Agent as well as the only Officer of Nova Scotia Enterprises, LLC.

4. To Affiants knowledge, Nova Scotia Enterprises, LLC, has had not contacts, business nor economic, with the State of Mississippi. Also, Nova Scotia Enterprises, LLC does not own any property in the State of Mississippi.

5. Nova Scotia Enterprises, LLC was served on May 29, 2013, at the Municipal Address of 3329 Florida Avenue, Kenner, Louisiana 70065. Said service of summons was not addressed to a Agent or a Service of Process nor to any Officer or Employee of Nova Scotia Enterprises, LLC.

_____
RONALD J. VEGA

SWORN TO AND SUBSCRIBED before me this 17th day of July, 2013.

_____
JOHN H. THOMAS, JR.
LSBA #31550
JEFFERSON, LA.

JOHN H. THOMAS, JR.
Notary Public
State of Louisiana
Jefferson Parish
LSBA #31550
My Commission is for Life

2