| Tom Schedler<br>Secretary of State | State of<br>Louisiana<br>Secretary of<br>State | **COMMERCIAL DIVISION**<br>**225.925.4704** |
|---|---|---|
| |  | **Fax Numbers**<br>225.932.5317 (Admin. Services)<br>225.932.5314 (Corporations)<br>225.932.5318 (UCC) |

| Name | Type | City | Status |
|---|---|---|---|
| NOVA SCOTIA ENTERPRISES, L.L.C. | Limited Liability Company | KENNER | Active |

**Business:** NOVA SCOTIA ENTERPRISES, L.L.C.
**Charter Number:** 35274067K
**Registration Date:** 5/20/2002
**State Of Origin:**
**Domicile Address**
  3329 FLORIDA AVE.
  KENNER, LA 70065
**Mailing Address**
  C/O ROY M. D'AQUILA
  3329 FLORIDA AVE.
  KENNER, LA 70065

## Status

**Status:** Active
**Annual Report Status:** Not In Good Standing for failure to file Annual Report
**File Date:** 5/20/2002
**Last Report Filed:** 4/26/2011
**Type:** Limited Liability Company

## Registered Agent(s)

| Agent: | ROY M. D'AQUILA |
|---|---|
| Address 1: | 3329 FLORIDA AVE. |
| City, State, Zip: | KENNER, LA 70065 |
| Appointment Date: | 6/8/2006 |

## Officer(s)

Additional Officers: No

| Officer: | ROY M. D'AQUILA |
|---|---|
| Title: | Member |
| Address 1: | 3329 FLORIDA AVE. |
| City, State, Zip: | KENNER, LA 70065 |

**Amendments on File**

**No Amendments on file**

[Print]