IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

DOUGLAS HANDSHOE )
)
)
v. ) Civil Action No.1:13cv251-LG-JMR
)
AARON F. BROUSSARD, DANIEL ABEL )
CHARLES LEARY, VAUGHN PERRET )
CHRIS YOUNT, TROUT POINT LODGE )
LIMITED, NOVA SCOTIA ENTERPRISES )

## AFFIDAVIT IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

I, Douglas Handshoe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. Complaint was served upon defendant Daniel G. Abel on May 29, 2013, no response has been served within the time allowed by law and while has defendant sought additional time to respond, he has failed to respond and Default has entered against the defendant, Daniel G. Abel.

3. The claim of the plaintiff is for the sum of $25,000, joint and several liability with the other defaulted defendant, plus interest from the date of judgment as provided by law, together with the costs of this action.

_____
Douglas Handshoe, Plaintiff

Sworn to and subscribed before
me this 23rd day of July 2013.

Timothy A. Kellar
Chancery Clerk
By:_____
Notary Public

My Commission Expires:_____

My Commission Expires Dec. 31, 2015

State of Mississippi, County of Hancock
Personally appeared before me, the undersigned authority in and for the said county and state, on this 23 day of July 20 13, within my jurisdiction, the within named Douglas K. Handshoe who acknowledged that he executed the above and foregoing instrument.