IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 23 2013
J T NOBLIN CLERK
BY_____ DEPUTY

DOUGLAS HANDSHOE )
)
v. ) Civil Action No.1:13cv251-LG-JMR
)
AARON F. BROUSSARD, DANIEL ABEL )
CHARLES LEARY, VAUGHN PERRET )
CHRIS YOUNT, TROUT POINT LODGE )
LIMITED, NOVA SCOTIA ENTERPRISES )

### REQUEST FOR ENTRY OF DEFAULT

Comes now Plaintiff Douglas Handshoe and hereby requests the Clerk to enter a default against the defendant, Aaron F. Broussard, on the basis that the record in this case demonstrates that there has been a failure to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure.

Respectfully submitted,

_____
Plaintiff, Propria Persona
Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
(228) 284-0004
earning04@gmail.com

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing motion to the following via United States Mail:

Nova Scotia Enterprises, LLC
3329 Florida Avenue
Kenner, LA 70065

Aaron F. Broussard #32234-034
Butner Low FCI
Post Office Box 999
Butner, NC 27509

Chris Yount
160 Metairie Lawn Dr
Metairie, LA 70001

Daniel G. Abel
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

Henry Laird, Jones Walker
2510 14tth Street, Suite 1125
Gulfport, MS 39501
Attorney for Trout Point Lodge Limited,
Charles Leary and Vaughn Perret

*[signature]*
7/23/13
Plantiff in proper person