UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                         **PLAINTIFF**

**VERSUS**                                   **CIVIL ACTION NO. 1:13cv251 LG-JMR**

**AARON F. BROUSSARD, et al.**                        **DEFENDANT**

### CLERK'S ENTRY OF DEFAULT

I HEREBY CERTIFY that Aaron F. Broussard, defendant, is in default for failure to appear, plead or otherwise defend in the above entitled action as appears in the records of this office.

This the 23rd day of July, 2013.

                                                         J. T. NOBLIN, CLERK

                                                         _____
                                                         Deputy Clerk