

Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520

July 26, 2013

United States District Judge Louis Guirola
Magistrate John Roper
2012 15th Street, Suite 814
Gulfport, MS 39501

Re:     Handshoe v Broussard et al
        Case Number 13CV251

Dear Sirs:

Yesterday I received by email and today by US mail a Motion for protective order and Memorandum prepared in the above captioned case. In checking PACER this morning I saw that Magistrate Walker granted a similar motion in the case before Judge Ozerden styled Handshoe v John Doe(s) aka Randall Cajun, also removed by defendants Leary, Perret and Abel to the United States District Court.

Please note that the discovery and request for admissions I sent related only to the motions before this court, specifically as it related to diversity jurisdiction which I intend to challenge. Defendants made certain assertions regarding the calculation of damages that I am entitled to know under the rules of civil procedure as I have made no representations as to the amount that will ultimately be sought and in fact I aver my damages are under $75,000.

I respectfully request that this honorable Court defer any rulings on defendant Leary, Perret and Trout Point Lodge's Motion for Protective Order until such time as I have had the chance to respond, as defendants are disingenuous in their motion and mischaracterize the discovery I requested as limited by Magistrate Roper's early order on discovery in this case.

Finally I would like to bring it to the court attention that defendant Abel has not served upon me his Memorandum in Support of his Motion to Dismiss, which I only know about because it was submitted three days late, on the day I tried to file with the Court Clerk a Clerk's Entry for default on defendant Abel, which they would not accept due to the fact his filing has evidently just arrived at the courthouse via courier service. I am not faulting the clerk but I am entitled to service on all defendant legal filings and with defendant Abel such is not the case.

Judge Louis Guirola
Magistrate John Roper

I apologize in advance for the lack of formality in this pleading. I am a Pro Se Plaintiff that, in light of Magistrate Walker's order of today that was issued before I could respond to yesterday's Motion for Protective order I feel compelled to bring this to your honorable Court's attention in an expeditious manner.

Thank you for your consideration.

Sincerely,

Douglas Handshoe
214 Corinth Drive
Bay St Louis, MS 39520
earning04@gmail.com
(228) 284-0004

## CERTIFICATE OF SERVICE

I, Douglas Handshoe, certify I have sent a true and correct copy of the foregoing motion to the following via United States Mail:

| | | |
|---|---|---|
| Nova Scotia Enterprises, LLC | Aaron F. Broussard #32234-034 | Chris Yount |
| 3329 Florida Avenue | Butner Low FCI | 160 Metairie Lawn Dr |
| Kenner, LA 70065 | Post Office Box 999 | Metairie, LA 70001 |
| | Butner, NC 27509 | |

Daniel G. Abel
C/O The Super 8 Motel / Desai Enterprises
2421 Clearview Parkway, Room 106
Metairie, LA 70001

Henry Laird, Jones Walker
2510 14tth Street, Suite 1125
Gulfport, MS 39501
Attorney for Trout Point Lodge Limited, Charles Leary and Vaughn Perret