"Exhibit A"

Exhibit "B"

2011                                                                                                                Yar. No. _____

## IN THE SUPREME COURT OF NOVA SCOTIA

BETWEEN:

Trout Point Lodge, Limited, a Nova Scotia Limited
Company, and Charles Leary

Plaintiffs

- and -

20__ No. _____
This is Exhibit "B" referred to
in the affidavit of Charles Leary
(two-page-firmed) before me
on _____ 25 __ 20 12

_____
Commissioner of The Suprem.
Court of Nova Scotia

Doug Handshoe

Defendant

Affidavit
of
Service

Before me appeared and having been sworn, Chris E. Yount testified that:

1.

My name is Chris E. Yount, a federal process server
and licensed private investigator.

2.

I have personal knowledge as to the service
of the Notice of Intended Action attached to
my affidavit as Exhibit A.

3.

I received the Notice of Intended Action on
4 May 2011 in Metairie, Louisiana.

4.

I identified Mr. Doug Handshoe's domicile in
Bay St. Louis, Mississippi, at municipal address
345 Carroll Avenue [Zip 39520].

Case 1:12-cv-00090-LG-JMR Document 21 Filed 07/25/12 Page 15 of 28

5.

I served effected *domiciliary service* on Mr. Handshoe as required under law, by serving Mrs. Jennifer Handshoe at their home at 345 Carroll Avenue, Bay St. Louis, MS. 39520.

6.

Service was made on 6 May 2011 at 6:57 P.M. [CST].

7.

I further identified the vehicles owned by Mr. and Mrs. Handshoe to confirm that they in fact were the persons domiciled and living at 345 Carroll Avenue, in Bay St. Louis, Mississippi, 39520.

8.

I faxed copies of the signed Notice of Intended Action and this affidavit to Dr. Charles L. Leary and placed the originals in the U.S. Mail.

FURTHER AFFIANT SAYETH NOT

Sworn and subscribed before me
on this 6 May 2011. Metairie, LA.

Chris E. Yount, Affiant

Daniel G. Abel
Notary Public
Notary No. 36320

