IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                    **PLAINTIFF**

**VERSUS**                           **CIVIL ACTION NO: 1:13CV251 LG JMR**

**AARON F. BROUSSARD, DANIEL ABEL,**                **DEFENDANTS**
**CHARLES LEARY, VAUGHN PERRET,**
**CHRIS YOUNT, TROUT POINT LODGE**
**LIMITED, NOVA SCOTIA ENTERPRISES, LLC**

### NOTICE OF CONSENT OF AARON F. BROUSSARD TO REMOVAL

COME NOW Defendants, Charles Leary, Vaughan Perret and Trout Point Lodge, Limited, and file this the consent to removal of Aaron F. Broussard by and through his power of attorney, Troy Broussard, as set forth in Exhibit "A".

RESPECTFULLY SUBMITTED this the 31st day of July, 2013.

               CHARLES LEARY, VAUGHAN PERRET,
               AND TROUT POINT LODGE, LIMITED,

        By: s/ Henry Laird
           Henry Laird, MS Bar No. 1774

## CERTIFICATE OF SERVICE

I, Henry Laird, of the law firm of Jones Walker LLP do hereby certify that I have sent a true and correct copy of the foregoing Notice of Consent of Aaron R. Broussard to Removal by using the ECF system to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi  39520
VIA UNITED STATES MAIL AND EMAIL:  earning04@gmail.com

Nova Scotia Enterprises, LLC
c/o Roland J. Vega
3329 Florida Avenue
Kenner, LA  70065

Chris Yount
160 Metairie Lawn Drive
Metairie, LA  70001

Daniel G. Abel
2421 Clearview Parkway
Legal Department, Suite 106
Metairie, LA  70001

Aaron F. Broussard
c/o Troy Broussard
Email:  broussardlawfirm@aol.com

This the 31st day of July, 2013.

            s/  Henry Laird
            Henry Laird

Henry Laird (MSB No. 1774)
Email:  hlaird@joneswalker.com
JONES WALKER LLP

2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS  39502
Telephone: (228) 864-3094
Facsimile: (228) 864-0516