**Davis, Leigh**

| | |
|---|---|
| **From:** | TAB <broussardlawfirm@aol.com> |
| **Sent:** | Wednesday, June 05, 2013 5:14 PM |
| **To:** | Daniel G. Abel |
| **Cc:** | Laird, Henry; Davis, Leigh; Foodvacation Canada; rvega@ddvlaw.com; Chris Yount; Daniel G. Abel; jim@smlawfirm.com |
| **Subject:** | From Aaron Broussard regarding removal to Federal Court |

Dear Troy Broussard, As my Power of Attorney I authorize you to notify Mr. Daniel Abel and any other co-deffendants in the recent Handshoe suit filed against me that I desire to be added as a signatory, in a pro se, on any Motion filed in response to said suit, including but not limited to transferring this matter to Federal Court; Motion of No Cause of Action; Motion to Dismiss, et al. In addition to your Power of Attorney, please let this email serve as my electronic signature for permissions above cited. Sincerely, Aaron F. Broussard.

Troy



EXHIBIT "A"