IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                                          **PLAINTIFF**

**VS.**                                    **CIVIL ACTION NO. 1:13cv251-LG-JMR**

**AARON F. BROUSSARD, DANIEL ABEL,**
**CHARLES LEARY, VAUGHN PERRET,**                       **DEFENDANTS**
**CHRIS YOUNT, TROUT POINT LODGE**
**LIMITED, NOVA SCOTIA ENTERPRISES, LLC**

## ENTRY OF APPEARANCE

COMES NOW, Craig J. Geraci, Jr., with the law firm of Kahn Swick & Foti, LLC, and enters his appearance as local counsel on behalf of Defendant Nova Scotia Enterprises, LLC.

This the 2nd day of August, 2013.

Respectfully submitted,

 /s/ Craig J. Geraci, Jr.
CRAIG J. GERACI, JR.
Mississippi Bar #103268
KAHN SWICK & FOTI, LLC
206 Covington Street
Madisonville, LA 70447
Telephone: (504) 455-1400
Facsimile: (504) 455-1498
Email: craig.geraci@ksfcounsel.com

*Local Counsel for Defendant Nova Scotia Enterprises, LLC*

Case 1:13-cv-00251-LG-JMR   Document 33   Filed 08/02/13   Page 2 of 2

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2013, I electronically filed the foregoing with the Clerk of Court using the ECF system, and I hereby certify that I have emailed and mailed via U.S. mail the document to the following:

        Douglas Handshoe
        214 Corinth Drive
        Bay St. Louis, MS 39520
        Email: earning04@gmail.com

        /s/  Craig J. Geraci, Jr._____
        Craig J. Geraci, Jr.