# D'AQUILA, VOLK, MULLINS & CONTRERAS

A PROFESSIONAL LAW CORPORATION

ROY M. D'AQUILA
JEROME M. VOLK, JR.
ELLEN MULLINS(1)
ROBERTO A. CONTRERAS(2)

RONALD J. VEGA(3)
ERIC D. SMITH, JR.
J. CHRISTOPHER FORD
FRANK A. OPELKA

3329 FLORIDA AVENUE
KENNER, LOUISIANA 70065

(504) 469-6699
FAX (504) 467-1866
rdaquila@ddvlaw.com

EDWARD J. DEMARTINI
(1932 – 2004)

(1) ALSO ADMITTED IN ALABAMA
(2) ALSO ADMITTED IN REPUBLIC OF PANAMA
(3) L.L.M. IN TAXATION

September 3, 2010

**VIA FACSIMILE ONLY (800) 980-0713**

Charles Leary
Trout Point Lodge Limited
P.O. Box 456
Kemptville, N. S., B0W1Y0

Re: *Nova Scotia Enterprises, L.L.C.—River Bend Lodge*
Our File Number: 02NOVA/02-190

Dear Charles:

Thank you for your fax of August 30, 2010.

Please let me know whether you have made the second deposit. I am using the funds to pay Gateway Fuels for the past due bill.

I have looked at the bill from Harry Rhyno Refrigeration Co. Please pay the bill and deduct from 2010 revenues as you indicated. Please do the same with the Orkin Pest Control bill.

We literally have no money and the Members do not want to come up with any more capital contributions other than what we need to pay taxes and insurance. I would like however to know how much it would cost to replace the oil tank. If it is not a fire hazard, we simply need to leave at is for the time being.

As I indicated to you in our phone conversation, we have listed the property with Sharon Fraser. The property is listed for what we believe to be a bargain price for $329,000.00. For the first 30 days of the Listing Agreement which I believe expires September 8, 2010, we can sell it to you without a commission. Therefore, please give sincere thought to whether you would like to buy the property for Trout Point within the next couple of days.

"Exhibit B"

Page 2 of 2
Mr. Leary

    Hopefully Hurricane Earl will not give you any problem and will bypass Nova Scotia. Once again, thank you for communicating with me in these matters.

        Very truly yours,

        D'AQUILA, VOLK, MULLINS & CONTRERAS
        A Professional Law Corporation

        ROY M. D'AQUILA

RMD/kd