

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

AUG 05 2013

J T NOBLIN CLERK
BY_____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

**DOUGLAS HANDSHOE**                                    **PLAINTIFF**

**VERSUS**                          **CIVIL ACTION NO:  1:13CV251 LG JMR**

**AARON F. BROUSSARD, DANIEL ABEL,**                    **DEFENDANTS**
**CHARLES LEARY, VAUGHN PERRET,**
**CHRIS YOUNT, TROUT POINT LODGE**
**LIMITED, NOVA SCOTIA ENTERPRISES, LLC**

---

### JOINDER IN REMOVAL OF DEFENDANT AARON F. BROUSSARD

---

COMES NOW Defendant AARON F. BROUSSARD and files this his joinder in the

Removal noticed by CHARLES LEARY, VAUGHN PERRET, and TROUT POINT LODGE,

LIMITED.

RESPECTFULLY SUBMITTED this the 1 day of August, 2013.

AARON F. BROUSSARD

By: _____
(Signature)

_____
TROY BROUSSARD
Power Of Attorney

{GP015785.1}

## CERTIFICATE OF SERVICE

I, AARON BROUSSARD, certify that I have sent a true and correct copy of the foregoing Joinder in Removal by using the ECF system to the following:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi 39520
VIA UNITED STATES MAIL AND EMAIL: earning04@gmail.com

This the 1st day of August, 2013.

_____
(Signature)

_____
Troy Broussard o/b/o Aaron Broussard via
Power of Attorney

Submitted by:

Troy Broussard o/b/o Aaron Broussard via
Power of attorney

Aaron Broussard #32234-034
Low Security Correctional Institution
PO Box 999
Butner, NC 27509



Visit us at usps.com

Please Recycle

EP-13C