**Davis, Leigh**

| | |
|---|---|
| **From:** | TAB <broussardlawfirm@aol.com> |
| **Sent:** | Wednesday, June 05, 2013 5:14 PM |
| **To:** | Daniel G. Abel |
| **Cc:** | Laird, Henry; Davis, Leigh; Foodvacation Canada; rvega@ddvlaw.com; Chris Yount; Daniel G. Abel; jim@smlawfirm.com |
| **Subject:** | From Aaron Broussard regarding removal to Federal Court |

Dear Troy Broussard, As my Power of Attorney I authorize you to notify Mr. Daniel Abel and any other co-deffendants in the recent Handshoe suit filed against me that I desire to be added as a signatory, in a pro se, on any Motion filed in response to said suit, including but not limited to transferring this matter to Federal Court; Motion of No Cause of Action; Motion to Dismiss, et al. In addition to your Power of Attorney, please let this email serve as my electronic signature for permissions above cited. Sincerely, Aaron F. Broussard.

Troy

```
APPENDIX 1
```