FORM 6 (ND/SD MISS. DEC. 2011)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

DOUGLAS HANDSHOE                                    Plaintiff

v.                                                  CIVIL ACTION
                                                    No. 1:13cv251-LG-JMR

AARON F. BROUSSARD, DANIEL ABEL,
CHARLES LEARY, VAUGHN PERRET,
CHRIS YOUNT, TROUT POINT LODGE
LIMITED, NOVA SCOTIA ENTERPRISES, LLC               Defendants


## APPLICATION FOR ADMISSION PRO HAC VICE

**(A)**   Name:  RONALD J. VEGA

          Firm Name:  D'AQUILA, MULLINS & CONTRERAS

          Office Address:  3329 FLORIDA AVENUE

          City:            KENNER, LOUISIANA       Zip  70065
          Telephone:       504-469-6699            Fax: 504-467-1866
          E-Mail:          rvega@ddvlaw.com

**(B)**   Client(s):       NOVA SCOTIA ENTERPRISES, LLC

          Address:         3329 FLORIDA AVENUE

          City:            KENNER, LOUISIANA       Zip  70065
          Telephone:       504-469-6699            Fax: 504-467-1866

FORM 6 (ND/SD MISS. DEC. 2011)

The following information is optional:

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

**(C)**   Applicant is admitted to practice in the:

      ✓    State of Louisiana
          District of Columbia

and is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

    Louisiana Supreme Court
    400 Royal Street
    New Orleans, Louisiana 70130
    http://www.lasc.org

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| State of Louisiana | 12-19-1977 |
| United States: | |
|     Eastern District of Louisiana | 12-20-1980 |
|     Courts of Appeal, 5th Circuit | 03-05-1980 |
|     U.S. Tax Court | 08-30-1978 |

FORM 6 (ND/SD MISS. DEC. 2011)

|     |                                                                                                                                                       | Yes | No |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| **(D)** | Has Applicant been denied admission pro hac vice in this state?                                                                                   | ☐   | ☑  |
|     | Has Applicant had admission pro hac vice revoked in this state?                                                                                       | ☐   | ☑  |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?                                              | ☐   | ☑  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|     |                                                                                                                                                       | Yes | No |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? | ☐   | ☑  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |                                                                                                                                                       | Yes | No |
|-----|-------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ☐   | ☑  |

FORM 6 (ND/SD MISS. DEC. 2011)

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G) Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

NONE

(H) Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, is presently appearing as counsel pro hac vice, or has pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

NONE

Form 6 (ND/SD Miss. Dec. 2011)

|     |     | Yes | No |
|-----|-----|-----|-----|
| (I) | Has Applicant read and become familiar with all of the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ☑ | ☐ |
|     | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ☑ | ☐ |

(J)  Please provide the following information about the resident attorney who has been associated for this case:

    Name and Bar No:    CRAIG J. GERACI, JR.
                                           #103268

    Firm Name:             KHAN SWICK & FOTI, LLC

    Office Address:      206 COVINGTON STREET

    City:  MADISONVILLE    State  LOUISIANA    Zip 70447
    Telephone:  504-455-1400    Fax: 504-455-1498
    E-Mail:       Craig.Geraci@ksfcounsel.com

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

                                                   Resident Attorney
                                                  CRAIG J. GERACI, JR.

I certify that the information provided in this Application is true and correct.

8/8/13
Date

                                                  Applicant's Signature
                                                  RONALD J. VEGA

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

FORM 6 (ND/SD MISS. DEC. 2011)

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case:

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, Mississippi 39520

Chris Yount
160 Metairie Lawn Drive
Metairie, LA 70001

Daniel G. Abel
2421 Clearview Parkway
Legal Department, Suite 106
Metairie, LA 70001

Aaron F. Broussard
c/o Troy Broussard
Email: broussardlawfirm@aol.com

Charles Leary, Vaughan Perret, and Trout Point Lodge, Limited
c/o Henry Laird
JONES WALKER LLP
2510 14th Street, Suite 1125 (39501)
Post Office Drawer 160
Gulfport, MS 39502

This the 8th day of August, 2013.

Applicant-RONALD J. VEGA

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

Mr. Ronald J Vega

3329 Florida Ave

whose address is _____

Kenner, LA 70065-3600

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the ____19th____ day of ____December____, ____1977____.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____2nd____ day of ____August____, ____2013____.

_[signature]_
Executive Director
Louisiana State Bar Association