IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| DOUGLAS HANDSHOE ) | |
| ) | |
| v. ) | Civil Action No.1:13cv251-LG-JMR |
| ) | |
| AARON F. BROUSSARD, DANIEL ABEL ) | |
| CHARLES LEARY, VAUGHN PERRET ) | |
| CHRIS YOUNT, TROUT POINT LODGE ) | |
| LIMITED, NOVA SCOTIA ENTERPRISES, ) | |
| LLC ) | |

## AFFIDAVIT IN SUPPORT OF MOTION TO REMAND TO THE HANCOCK COUNTY CIRCUIT COURT FOR FURTHER PROCEEDINGS

I, Douglas Handshoe, declare under penalty of perjury that the following facts are true and correct to the best of my information and belief:

1. I am the plaintiff in this action.

2. Plaintiff Douglas Handshoe hereby rejects and renounces all general and/or special damages in excess of $74,999.99, exclusive of justly awarded costs and interest provided by law, which derive and/or result from the torts alleged in Plaintiff's Complaint for damages dated May 21, 2013 as adjudicated by the Circuit Court of Hancock County, Second Mississippi Judicial District.

Witness my signature this 19th day of August, 2013.

_____
Douglas Handshoe, Plaintiff

Sworn to and subscribed before
me this 19th day of August, 2013.
Timothy A. Kellar
Chancery Clerk
By: _____
Notary Public

My Commission Expires

State of Mississippi, County of Hancock
Personally appeared before me, the undersigned authority in and for the said county and state, on this 19th day of August 2013, within my jurisdiction, the within-named Douglas Kyle Handshoe who acknowledged that he executed the above and foregoing instrument.

My Commission Expires Dec. 31, 2015

1