UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
SOUTHERN DISTRICT OF MISSISSIPPI
Gulfport, Mississippi

September 23, 2013

J. T. Noblin
CLERK
245 E. Capitol St., Suite 316
Jackson, MS  39201

TELEPHONE
(601) 965-4439

DIVISIONS
SOUTHERN at Gulfport
2012 15th Street
Suite 403, Zip 39501

HATTIESBURG at Hattiesburg
701 Main St., Suite 200, Zip 39401

JACKSON at Jackson
245 E. Capitol, Suite 316
Zip 39201

EASTERN & WESTERN at Jackson
245 E. Capitol, Suite 316
Zip 39201

Karen Ladner Ruhr, Clerk
Hancock County Circuit Court
152 Main St., Suite B
Bay St. Louis, MS 39520

RE: 1:13cv251 LG-JMR Handshoe vs. Broussard, et al.
    REMAND ORDER

Dear Ms. Ruhr,

Pursuant to the Order Remanding Case to State Court filed on September 23,2013, signed by Chief U.S. District Judge Louis Guirola, Jr., this case is remanded back to the Circuit Court of Hancock County. Enclosed you will find a certified copy of the docket sheet and order.

Sincerely,
J.T. NOBLIN, CLERK


 s/J. Hough
By: Jennifer Hough, D.C.