CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
2012 15TH STREET, SUITE 403
GULFPORT, MISSISSIPPI 39501

OFFICIAL BUSINESS

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
OCT 03 2013
J T NOBLIN CLERK
BY_____ DEPUTY

SCREENED BY
U.S. MARSHAL

Chris Yount
160 Metairie Lawn Dr.
Metairie, LA 70001

NIXIE    708   7E   1   009            0010/01/13
         RETURN TO SENDER
         NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 395012803603         *0766-13475-19-34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF MISS.
RECEIVED
OCT -3 2013

neopost
045J8303679
09/18/2013
Mailed From 39501
$0.460
US POSTAGE

CM/ECF LIVE - U.S. District Court: Mississippi Southern District-Display Receipt     Page 1 of 2

```
MIME-Version:1.0
From:cmecfhelpdesk@mssd.uscourts.gov
To:Courtmail@localhost.localdomain
Bcc:
--Case Participants: Craig J. Geraci, Jr (bronwyn.gibson@ksfcounsel.com,
craig.geraci@ksfcounsel.com), Henry F. Laird, Jr (hlaird@joneswalker.com,
jguice@joneswalker.com, ldavis@joneswalker.com), Ronald J. Vega - PHV
(rvega@ddvlaw.com, tadams@ddvlaw.com), Magistrate Judge John M. Roper
(roper_chambers@mssd.uscourts.gov), Chief District Judge Louis Guirola, Jr
(carol_gray@mssd.uscourts.gov, guirola_chambers@mssd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<3345658@mssd.uscourts.gov>
Subject:Activity in Case 1:13-cv-00251-LG-JMR Handshoe v. Broussard et al Order on
Motion for Protective Order
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to
receive one free electronic copy of all documents filed electronically, if receipt
is required by law or directed by the filer. PACER access fees apply to all other
users. To avoid later charges, download a copy of each document during this first
viewing. However, if the referenced document is a transcript, the free copy and 30
page limit do not apply.

                              U.S. District Court

                         Southern District of Mississippi
```

### Notice of Electronic Filing

```
The following transaction was entered on 9/13/2013 at 11:38 AM CDT and filed on
9/13/2013
Case Name:         Handshoe v. Broussard et al
Case Number:       1:13-cv-00251-LG-JMR
Filer:
Document Number: No document attached

Docket Text:
```
**TEXT ORDER ONLY The Court finds that pursuant Rule 16(b)(3)(B) of the Uniform Local Rules for the Northern and Southern Districts of Mississippi (L.U.Civ.R, effective 12/1/2011) provides that the filing a motion involving a jurisdictional defense motion stays the attorney conference and disclosure requirements and all discovery not related to the issue pending the Court's ruling on the motion. The the Court find that the Defendants, Charles Leary, Vaughn Perret and Trout Point Lodge Limited's Motion for Protective Order [27] should be granted in part and denied in part, discovery solely directed to issues pertaining to the pending Motion to Dismiss for Lack of Subject**
```
Matter Jurisdiction [14] may proceed and Defendants must respond to the
aforementioned discovery on or prior to September 27,2013. No further written order
shall be issued by this Court. Signed by Magistrate Judge John M. Roper on September
13,2013 (JFN)
```

**1:13-cv-00251-LG-JMR Notice has been electronically mailed to:**

Craig J. Geraci , Jr    craig.geraci@ksfcounsel.com, bronwyn.gibson@ksfcounsel.com

Henry F. Laird , Jr    hlaird@joneswalker.com, jguice@joneswalker.com, ldavis@joneswalker.com

Ronald J. Vega - PHV    rvega@ddvlaw.com, tadams@ddvlaw.com

**1:13-cv-00251-LG-JMR Notice has been delivered by other means to:**

Nova Scotia Enterprises, LLC
Ronald J. Vega
3329 Florida Ave.
Kenner, LA 70065

Aaron F. Broussard
#32234-034
Troy Broussard - power of attorney
Low Security Correctional Institution
P.O. Box 999
Butner, NC 27509

Chris Yount
160 Metairie Lawn Dr.
Metairie, LA 70001

Daniel G. Abel
2421 Clearview Parkway
Legal Department - Suite 106
Metairie, LA 70001

Douglas Handshoe
214 Corinth Drive
Bay St. Louis, MS 39520